# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
www.bursor.com

YITZCHAK KOPEL
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

November 11, 2022

*Via ECF*

Hon. Frederick Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Astudillo v. Hat World, Inc.*, Case No. 1:22-cv-02191-FB-RML

Dear Judge Block:

I represent Plaintiff in the above-captioned matter and I write to request an adjournment of the forthcoming pre-motion conference in this matter, currently scheduled for December 20, 2022. The reason for the request is because I have a conflict with a proceeding in another case. Counsel for Defendant consents to this request.

I have conferred with Counsel for Defendant and have determined that the parties are both available on January 2, 3, and anytime before noon on January 4 to attend an in-person conference.

Thank you for your consideration to this matter.

Respectfully,

Yitzchak Kopel

cc: All counsel of record via ECF